# A. F. GONSALVES *v.* PAKIKO.

### ERROR TO THE DISTRICT COURT OF SOUTH KONA.

SUBMITTED AUGUST 6, 1896.                    DECIDED AUGUST 10, 1896.

### FREAR AND WHITING, JJ.

A judgment of a District Magistrate is reversed and a new trial or-
dered by consent of the parties for errors assigned and confessed.

### OPINION OF THE COURT BY FREAR, J.

Error from the District Magistrate of South Kona, Hawaii,
in an action for $164.05, the balance claimed to be due plaintiff
from defendant for work and labor done on a house.

The District Magistrate, after hearing the parties, ordered the
plaintiff to do certain things to complete the house, and the de-
fendant to furnish the material therefor and upon completion
of the work to pay plaintiff the amount claimed, $164.05, or
upon failure to furnish the materials within a reasonable time
to notify the plaintiff and pay him forthwith the said amount.

The plaintiff assigns as errors: That the Magistrate was with-
out jurisdiction to decree specific performance of the contract,
he having no equity jurisdiction; that judgment should have
been rendered for either the plaintiff or the defendant; and that
it is erroneous and void in that it was rendered for both parties,
and in that it cannot be enforced by any process that the Dis-
trict Magistrate can issue.

The defendant in his return admits each of these errors.

The parties having filed a stipulation for a hearing in vaca-
tion by two Justices only, the Chief Justice being absent, and

that an order may be made reversing the judgment of the District Magistrate and remanding the case to the District Court of South Kona, Hawaii, for a new trial, and directing costs herein to be divided, it is so ordered.

*Creighton & Correa*, for plaintiff.

*Thurston & Stanley*, for defendant.